1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR-09-0741 DLJ
                                )
12            Plaintiff,         )   **STIPULATION AND  ORDER**
                                )   **RESETTING SENTENCING DATE**
13 vs.                          )
                                )
14 FREDRICK JOHNSON,            )
                                )
15            Defendant.         )
   _____)
16

17     Sentencing in this matter is currently set for November 20, 2009.  The parties request that

18 sentencing be rescheduled for December 11, 2009.  Because of scheduling issues, the probation

19 report process is behind schedule.  Additional time is needed to complete the probation report.

20 The assigned probation officer is in agreement with this request.

21
   Dated: October 16, 2009              /s/ Ned Smock
22                                      NED SMOCK
                                        Assistant Federal Public Defender
23
   Dated: October 16, 2009              /s/ Wade Rhyne
24                                      WADE RHYNE
                                        Assistant United States Attorney
25
       I hereby attest that I have on file all holograph signatures for any signatures indicated by
26 a "conformed" signature (/S/) within this e-filed document.

                                         1

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the November 20, 2009 sentencing date is reset for December 11, 2009 at 10:00 a.m.

Dated: October 20, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge