AO 245B (Rev. 6/05 - Judgment in a Criminal Case

# United States District Court
## Northern District of California

AMENDED

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**FREDRICK JERRY JOHNSON JR.** | **JUDGMENT IN A CRIMINAL CASE**<br><br>USDC Case Number: CR-09-00741-001 DLJ<br>BOP Case Number: DCAN409CR000741-001<br>USM Number: 93357-011<br>Defendant's Attorney: Edward A. Smock |

**\*\*Amended for clerical error in Title & Section .**
**Date of Original Judgment: 12/15/09**
**THE DEFENDANT:**

[x]   pleaded guilty to count(s): <u>1 of the Indictment</u> .
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section\*\* | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1) and 841(b)(1)(B)(iii) | Possession with Intent to Distribute Crack Cocaine | 12/5/07 | One |

   The defendant is sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

   IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

December 11, 2009
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

December 16, 2009
Date